# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re Ex Parte Application of* <br><br> Amazon.com, Inc., <br><br>             Applicant, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery. | C.A. No. _____ |

## AMAZON.COM, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner Amazon.com, Inc. states that it is a publicly held corporation. Amazon.com, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

<div style="display: flex;">

OF COUNSEL:

Todd R. Gregorian
Ravi R. Ranganath
Ethan M. Thomas
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

April 18, 2024

</div>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Petitioner Amazon.com, Inc.*