AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| Amazon.com, Inc.<br><br>*Plaintiff(s)*<br>v.<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 24-493 (GBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Nokia of America Corporation
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   /s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-493 (GBW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Nokia of America Corporation**

was received by me on *(date)* **4/25/2024** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **LYNANNE GARES (MANAGING AGENT) C/O CORPORATION SERVICE CO at 251 LITTLE FALLS DR. WILMINGTON, DE**, who is designated by law to accept service of process on behalf of *(name of organization)* **Nokia of America Corporation** on *(date)* **4/25/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **4/25/2024**

_____
*Server's signature*

**GILBERT DEL VALLE**
**BRANDYWINE PROCESS SERVERS, LTD**
**PO BOX 1360 WILMINGTON, DE 19899**
**302-475-2600**

*Server's address*

Additional information regarding attempted service, etc: **SERVED:**

Ex Parte Application for an Order Pursuant to 28 U.S.C. §1782 Granting Leave to Obtain Discovery and Memorandum in Support - filed by Amazon.com, Inc (No IFP, No Fee Paid). (Attachments: # 1 Text of Proposed Order, # 2 Civil Cover Sheet)(jfm) (Entered: 04/19/2024)
Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (jfm) (Entered: 04/19/2024)
DECLARATION of Ethan M. Thomas in Support of D.I. 1 Ex Parte Application for an Order Pursuant 28 U.S.C. §1782 Granting Leave to Obtain Discovery and Memorandum in Support - Filed by Amazon.com, Inc. (jfm) (Entered: 04/19/2024)
DECLARATION of Steffen Steininger in Support of D.I. 1 Ex Parte Application for an Order Pursuant to 28 U.S.C. §1782 Granting Leave to Obtain Discovery and Memorandum in Support - Filed by Amazon.com, Inc. (jfm) (Entered: 04/19/2024)
Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Amazon.com, Inc. (jfm) (Entered: 04/19/2024)