IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Ex Parte Application of<br><br>Amazon.com, Inc.,<br><br>　　　　　　　　Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery. | CA No.: 24-493 (GBW) |

**[PROPOSED] ORDER GRANTING NOKIA'S MOTION TO QUASH IMPROPER SUMMONS AND SERVICE OF PROCESS**

Upon Consideration of non-party Nokia of America Corporation's ("Nokia") Motion to Quash Improper Summons and Service of Process (the "Motion"), Amazon.com, Inc.'s opposition brief to the Motion, and Nokia's reply in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that Nokia shall submit any brief in opposition to Petitioner's *ex parte* application within thirty (30) days of this order without prejudice to Nokia's right to oppose any subpoena if one is authorized for service.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Gregory B. Williams