# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

————

(302) 658-9200
(302) 658-3989 FAX

JEREMY A. TIGAN
(302) 351-9106
jtigan@morrisnichols.com

July 2, 2024

The Honorable Gregory B. Williams                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re:     *In re: Request from Germany*, C.A. No. 24-493 (GBW)

Dear Judge Williams:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware counsel and at least one lead counsel per party, participated in a verbal meet-and-confer by telephone on June 19, 2024:

Delaware Counsel: Jack Blumenfeld and Jeremy Tigan of Morris, Nichols, Arsht & Tunnell LLP on behalf of Petitioner Amazon.com, Inc. ("Amazon"). Michael Farnan of Farnan LLP on behalf of Respondents Nokia Technologies Oy, Alcatel Lucent SAS, Nokia Corporation, and Nokia of America Corporation (collectively, "Nokia").

Lead Counsel: Ethan Thomas of Fenwick & West LLP on behalf of Amazon. Ryan Koppelman of Alston & Bird LLP on behalf of Nokia.

The dispute requiring judicial attention is whether the Court should grant the 1782 Application allowing Amazon to serve its proposed subpoena on Nokia.

The Honorable Gregory B. Williams
July 2, 2024
Page 2

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT/lo
cc:     Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)