# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**JEREMY A. TIGAN**
(302) 351-9106
jtigan@morrisnichols.com

July 10, 2024

The Honorable Gregory B. Williams  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE  19801-3555

      Re:    *In re: Request from Germany*, C.A. No. 24-493 (GBW)

Dear Judge Williams:

      Pursuant to the Court's July 3, 2024 Oral Order (D.I. 12), lead and Delaware counsel for the parties met and conferred on July 8, 2024, but were unable to reach an agreement on a set of reasonable reciprocal discovery requests for use in the foreign proceedings in Germany and the Unified Patent Court.

                        Respectfully,

                        */s/ Jeremy A. Tigan*

                        Jeremy A. Tigan (#5239)

JAT/lo
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)