IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

*In re Ex Parte Application of*

Amazon.com, Inc.,

           Applicant,

For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery.

C.A. No. 24-CV-493

**[PROPOSED] ORDER GRANTING AMAZON'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**

Amazon.com Inc. ("Amazon") filed an *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery in order to obtain discovery from Nokia Technologies Oy, Alcatel Lucent SAS, Nokia Corporation, and Nokia of America Corporation (collectively, "Nokia") for use in foreign proceedings in Germany and the Unified Patent Court.

Having considered Amazon's application, the materials submitted therewith, and further submissions regarding the application, the Court concludes that Amazon has satisfied the 28 U.S.C. § 1782 and that the application should be granted under the discretionary factors set forth in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004).

Further, the Court concludes that there is good cause for a protective order in this matter pursuant to Fed. R. Civ. P. 26(c). The parties shall meet and confer regarding the scope of a protective order consistent with that specified in Amazon's application.

It is therefore

ORDERED that the application is GRANTED; it is further

ORDERED that Amazon may issue subpoenas substantially similar to the proposed subpoena attached to its application, commanding Nokia to produce the documents requested therein within seven days of service of the subpoenas; it is further

ORDERED that documents produced by Nokia Technologies Oy and Nokia Corporation in response to Respondents' Request for Production Nos. 82 and 83 in *In the Matter of Certain Video Capable Electronic Devices, Including Computers, Streaming Devices, Televisions, Cameras, and Components and Modules Thereof*, Inv. Nos. 337-TA-1379, 1380 (USITC), are hereby deemed produced by Nokia Technologies Oy and Nokia Corporation in *Nokia Technologies Oy v. Amazon.com, Inc. et al.*, No. 1:23-cv-01236-GBW (D. Del.) and *Nokia Corporation et al v. Amazon.com, Inc.*, No.1:23-cv-01232-GBW (D. Del.). Pending the parties' good-faith negotiation of a protective order in these matters, the produced documents shall be provisionally treated as highly confidential and attorneys' eyes only.

IT IS SO ORDERED.

Dated: July 11, 2024

_____
United States District Judge