AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:24-CV-00493

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* NOKIA OF AMERICA CORPORATION on *(date)* 07/12/2024

☒ I served the subpoena by delivering a copy to the named person as follows: NOKIA OF AMERICA CORPORATION C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DR., WILMINGTON, DE 19808 ACCEPTED: LYNANNE GARES (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) on *(date)* 07/12/2024 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07/12/2024

*Server's signature*

GILBERT DEL VALLE      PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc.:

SERVED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; EXHIBIT A;