# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Amazon.com, Inc.,<br><br>         Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery. | CA No.: 24-493 (GBW) |

## NOKIA OF AMERICA CORPORATION'S MOTION TO VACATE AND QUASH

Non-party Nokia of American Corporation respectfully submits this Motion to Vacate and Quash. For the reasons stated in the concurrently filed supporting opening brief, Nokia of America Corporation requests an order vacating this Court's order granting Amazon's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 and quashing Amazon's Subpoena to Produce Documents, served on Nokia of America Corporation, on July 12, 2024.

Dated: July 19, 2024

OF COUNSEL:

Ryan W. Koppelman
Alston & Bird LLP
350 S. Grand St. 51st Floor
Los Angeles, CA 90071
Telephone: 213-576-1000
ryan.koppelman@alston.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE  19801
Telephone: 302-777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Nokia*