# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Ex Parte Application of*<br><br>Amazon.com, Inc.,<br><br>　　　　　Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery. | CA No.: 24-493 (GBW) |

## [PROPOSED] ORDER GRANTING NOKIA OF AMERICA CORPORATION'S MOTION TO VACATE AND QUASH

IT IS HEREBY ORDERED that the Motion is GRANTED.

Pending before the Court is the Motion to Vacate and Quash (the "Motion") filed by non-party Nokia of America Corporation.

The Court, having considered the Motion (including the facts and legal authority set forth therein), and any Response and Reply to said Motion, it is hereby **ORDERED** that said Motion is **GRANTED** for all the reasons stated therein.

The Court's order granting Amazon's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 is hereby VACATED.

Amazon's Subpoena to Produce Documents, served on Nokia of America Corporation, on July 12, 2024, is hereby QUASHED.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Judge Gregory B. Williams