# EXHIBIT A

Certified copy

# Munich Regional Court I

Ref.: 7 O 14174/23



English machine translation

In the legal dispute

**Nokia Technologies Oy**, represented by the Board of Directors, Karakaari 7, 02610 Espoo, Finland - Plaintiff -

Attorneys of record:
Lawyers **Arnold & Ruess**, Königsallee 59a, 40215 Düsseldorf, ref. no.: CS08150/23

against

1) **Amazon Europe Core S.a r.l.**, c/o Amazon EU SARL, Marcel-Breuer-Str. 12, 80807 München
   - Defendant -

2) **Amazon EU S.à r.l.**, c/o Amazon EU SARL, Marcel-Breuer-Str. 12, 80807 Munich, Germany
   - Defendant -

3) **Amazon.com, Inc**, c/o Amazon EU SARL, Marcel-Breuer-Str. 12, 80807 Munich, Germany
   - Defendant -

Attorneys of record 1 - 3:
Lawyers **Hogan Lovells**, Karl-Scharnagl-Ring 5, 80539 Munich, Germany, ref. no.: 4137-3104-6989

concerning: claim

the Regional Court of Munich I - 7th Civil Chamber - by the presiding judge at the Regional Court Dr. Schön, the judge at the Regional Court Tözsér and the judge at the Regional Court Dr. Schacht, M.A. on 10.06.2024 issues the following

# Decision

0. It is ordered pursuant to Section 142 ZPO that the Plaintiff shall submit electronic copies of the license agreements referred to in Exhibit AR-KAR 46 to the extent specified on page 7 of the brief dated 10.06.2024. The defendants' disclosure request going beyond that is rejected.

1. The following information of the requesting party is classified as confidential within the meaning of Section 16 para. 1 GeschGehG:

- the information and annexes mentioned on page 2 et seq. and page 5 et seq. of the brief of the plaintiff dated June 10, 2024.

- The license agreements disclosed pursuant to item 0.

2. For the defendants, access to the information marked as strictly confidential pursuant to page 5 et seq. in the brief dated June 10, 2024 is restricted to a specific group of persons, including for the hearing. The defendants are requested to state which reliable persons it proposes. A corresponding supplementary order will then be issued. The Defendants are free to propose whoever they wish, as long as they are reliable. Usually, a limitation to three persons will be sufficient, but also necessary. Since there are three Defendants in the present case, a slight increase in this number does not appear to be inadmissible.

3. The parties, their legal representatives, witnesses, experts, other representatives and all other persons involved in the present proceedings or who have access to documents relating to such proceedings must treat the information classified as confidential in accordance with Section 1 as confidential and may not use or disclose it outside of court proceedings unless they have gained knowledge of it outside of the proceedings. These obligations shall continue to apply after the conclusion of the proceedings. This shall not apply if the court in the main proceedings has denied the existence of the trade secret in dispute by final judgment or as soon as the information in dispute becomes known or readily accessible to persons in the circles that normally deal with such information.

4. The court may impose an administrative fine of up to € 100,000 or imprisonment for up to six months against an obligated party for each culpable violation of the confidentiality obligation pursuant to sections 1 to 3 and enforce this immediately.

5. Third parties who have a right to inspect files may only be provided with file content in which the statements containing business secrets in accordance with section 1 have been made unrecognizable.

6. A decision on the application for exclusion of the public will be made at the hearing.

## Reasons:

The requesting party has credibly demonstrated that this information could constitute trade secrets. They are therefore to be classified as confidential pursuant to Section 145a PatG within the meaning of Section 16 para. 1 GeschGehG. Furthermore, it was made credible that it is necessary to further restrict the other party's access to the above-mentioned reliable persons.

signed.

| Dr. Schön | Tözsér | Dr. Schacht, M.A. |
|---|---|---|
| Presiding Judge | Judge | Judge |
| at the Regional Court | at the Regional Court | at the Regional Court |



For the accuracy of the transcript
Munich, 11.06.2024

Paulik, JSekr`in
Clerk of the Registry