# EXHIBIT B

Certified copy

# Munich Regional Court I

Ref.: 7 O 14174/23





English machine translation

In the legal dispute

**Nokia Technologies Oy**, represented by the Board of Directors, Karakaari 7, 02610 Espoo, Finland
- Plaintiff -

Authorized representative:
Attorneys **Arnold & Ruess**, Königsallee 59a, 40215 Düsseldorf, ref. no.: CS08150/23

against

1) **Amazon Europe Core S.a r.l.**, c/o Amazon EU SARL, Marcel-Breuer-Str. 12, 80807 Munich, Germany
   - Defendant -

2) **Amazon EU S.à r.l.**, c/o Amazon EU SARL, Marcel-Breuer-Str. 12, 80807 Munich, Germany
   - Defendant -

3) **Amazon.com, Inc.**, c/o Amazon EU SARL, Marcel-Breuer-Str. 12, 80807 Munich, Germany
   - Defendant -

Counsel of record 1 - 3:
Attorneys **Hogan Lovells**, Karl-Scharnagl-Ring 5, 80539 Munich, ref. no.: 4137-3104-6989 due to

claim

the Regional Court Munich I - 7th Civil Chamber - by the Presiding Judge at the Regional Court Dr. Schön, the Judge at the Regional Court Tözsér and the Judge at the Regional Court Dr. Schacht, M.A. on 24.06.2024 issues the following

## Decision

l. The resolution dated 10.06.2024 is amended to the effect that access is restricted to the following persons in accordance with item 2:

1. Ms. Lara Rogers, Director and Associate General Counsel;

2. Mr. Scott Hayden, Vice President IP;

Document signed
by: Paulik, Munich Regional Court I
on: 25.06.2024 10:40

3. Mr. Jeffrey H. Dean, Associate General Counsel;

4. Mr. Marc Ascolese, Associate General Counsel.

ll. Furthermore, the order is supplemented to the effect that the documents which the licensees EEEE, FFFF and JJJJ named in Annex AR-KAR 46 provided to the plaintiff during the respective license negotiations regarding their sales forecasts must also be submitted in item 0. to the extent of the corresponding application. These documents are subject to the confidentiality order pursuant to paragraphs 1 and 2.

signed.

|  |  |  |
|---|---|---|
| Dr. Schön | Tözsér | Dr. Schacht, M.A. |
| Presiding Judge at the Regional Court | Judge at the Regional Court | Judge at the district court |



For the accuracy of the transcript
Munich, 25.06.2024

Paulik, JSekr`in
Clerk of the Registry