# EXHIBIT C

Certified copy

# Munich Regional Court I

Ref.: 7 O 14174/23



<div style="float:right; border: 2px solid red; padding: 8px; color: red;">English machine translation</div>

In the legal dispute

**Nokia Technologies Oy**, represented by the Board of Directors, Karakaari 7, 02610 Espoo, Finland - Plaintiff -

Attorneys of record:
Lawyers **Arnold & Ruess**, Königsallee 59a, 40215 Düsseldorf, ref. no.: CS08150/23

against

1) **Amazon Europe Core S.a r.l.**, c/o Amazon EU SARL, Marcel-Breuer-Str. 12, 80807 München
   - Defendant -

2) **Amazon EU S.à r.l.**, c/o Amazon EU SARL, Marcel-Breuer-Str. 12, 80807 Munich, Germany
   - Defendant -

3) **Amazon.com, Inc**, c/o Amazon EU SARL, Marcel-Breuer-Str. 12, 80807 Munich, Germany
   - Defendant -

Attorneys of record 1 - 3:
Lawyers **Hogan Lovells**, Karl-Scharnagl-Ring 5, 80539 Munich, Germany, ref. no.: 4137-3104-6989
concerning: claim

the Regional Court Munich I - 7th Civil Chamber - by the presiding judge at the Regional Court Dr. Schön, the judge at the Regional Court Dr. Seiler-Bohn and the judge at the Regional Court Dr. Schacht, M.A. on 04.07.2024 issues the following

# Decision

The Plaintiff's *[note: should read "Defendants'"]* immediate appeal against the order of 10.06.2024 (p. 479 of the file) is not upheld, Section 572 para. 1 ZPO.

## Reasons:

The immediate appeal is inadmissible because the question of ordering the production of documents is a question of the court directing in substance the course of the proceedings. An appeal is not admissible against this order.

signed.

| Dr. Schön | Dr. Seiler-Bohn | Dr. Schacht, M.A. |
|---|---|---|
| Presiding Judge | Judge | |
| at the Regional Court | at the Regional Court | at the Regional Court |



For the accuracy of the transcript
Munich, 08.07.2024

Paulik, JSekr`in
Clerk of the Registry